IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATILDA JEAN RENFRO,
    Plaintiff,

v.                                Case No: 3:13cv38/MCR/EMT

ERIC K. SHINSEKI, SEC'Y OF
U.S. DEP'T OF VETERANS AFFAIRS, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 15, 2013 (doc. 24). Plaintiff has have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections (doc. 28).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This cause is **DISMISSED** for lack of subject matter jurisdiction, which means this court does not have authority to proceed in this case.

3.    The motion to amend the complaint a fourth time (doc. 26) is **DENIED as MOOT**.

4.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of May, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**